UNITED STATES District Court
FOR THE DISTRICT OF COLUMIA

**FILED**
JUN 3 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Daryl Revelle Redcross
4106 22 Ave Temple Hills
MD 20748  301-894-7255

CIVIL ACTION #

V

Bureay of Prisons
310 NEW Bern Ave, Room
363  PO BOX 27743
Raleigh, North Carolina
27611-7743

CASE NUMBER  1:05CV01325
JUDGE: Unassigned
DECK TYPE: Pro se General Civil
DATE STAMP: 06/30/2005

**CASE RE-ASSIGNED**
OCT - 7 2005
TO: WALTON, J. RBW

**RECEIVED**
JUN 2 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Page (1)

I am filing this complaint against the Bureau OF Prisons for holding me incarcerated against my free will. My consitutional rights to due process of a Parole Revocation Hearing is being violated. The Bureau OF Prisons is holding me under order from the US Parole Commission Which both are under the authority of the US Justice Department. Between the three agencies my rights are being violated. The sixth Amendment states, In all criminal pro-secutions, The accused shall enjoy the right to speedy teail public teail, by an impartial jury of the district wherein the crimes shall have been committed. Which district shall have been previously ascertained by law, to be informed of the nature and cause of the accusation to be confronted with witnesses

page (2)

Against him, to have compulsory process for obtaining witnesses against him or for obtaining witnesses in his favor and to have the assistance of Counsel for his defence. Now this amendment is being violated by the Bureau OF Prisons. Now the policy under law for a revocation hearing as is, Unless waived by the person, the Court must hold the revocation hearing within sixty days local, ninty days abroad or at a reasonable time in the District having the Jurisdiction. The person is entitled to; A written notice OF the alleged violations; (B) disclosure of the evidence, and question any adverse witness unless the court determines that the intrest of Justice does not require the witness to appear, and (D) notice of persons right to attain counsel or to request that counsel be

B) page(3)

Appointed if the person cannot obtain counsel. In my case I haven't recieved a revocation hearing in over one year of being in the custody of the Bureau OF Prisons. I haven't recieved a written notice of the violations. I haven't had the right to counsel because I can't afford one. I've been placed in a private jail that doesn't meet the standerds of the Federal penal system according to my low classification In this complaint I'am seeking one million dollars for being held against my free will and not being given the right to challenge the technical (C) violation I'am accused of. The XIV Amendment section one; States all persons born or naturalized in the United States and subject to the jurisdiction therof

page (4)

Are citizens of the United STATES wherein they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United STATES. Nor shall any State deprive any person of life, liberty or property without due process of law; nor deny to any person within its jurisdiction the equal protection of the law. These amendments are laws established by the United STATES Congress to govern the land. For each day I spend incarcerated against my free-will and denied the right to a revocation hearing I'm demanding to be compensated for this great injustice.

I request for a jury trail.

Respectfully
Daryl Redcross

Daryl Redcross
4106 22 Ave Temple Hills
MD 20748