AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of   COLUMBIA

FILED
JUN 3 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff

V.

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

Defendant

I, __Daryl Revelle Redcross__ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __Central Virginia Regional Regional Jail__

   Are you employed at the institution?  __No__   Do you receive any payment from the institution? __No__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __Washington Express Courier Company, 2000 $400 weekly__

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☑ No
   b. Rent payments, interest or dividends           ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments  ☐ Yes   ☑ No
   d. Disability or workers compensation payments     ☐ Yes   ☑ No
   e. Gifts or inheritances                           ☐ Yes   ☑ No
   f. Any other sources                               ☑ Yes   ☐ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of    COLUMBIA

Plaintiff

V.

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

Defendant

I, Daryl Revelle Redcross declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant/respondent  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration Central Virginia Regional Regional Jail

    Are you employed at the institution? No    Do you receive any payment from the institution? No

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. Washington Express Courier Company 2000 $400 weekly

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☑ No
    b. Rent payments, interest or dividends    ☐ Yes    ☑ No
    c. Pensions, annuities or life insurance payments    ☐ Yes    ☑ No
    d. Disability or workers compensation payments    ☐ Yes    ☑ No
    e. Gifts or inheritances    ☐ Yes    ☑ No
    f. Any other sources    ☑ Yes    ☐ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re: _____ v. _____

Civil Action No. _____

I, _Daryl Redcross_ # _49678-083_, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $150.00 filing fee is paid in full.

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $150.00 filing fee is paid in full.

By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

_____
Signature of Plaintiff

05CV1325