UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 2 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Daryl Reville Redcross, )
)
    Plaintiff, )
)
v. ) Civil Action No. 05-1325
)
)
Bureau of Prisons, )
)
    Defendant. )

### ORDER

By Orders filed June 30, 2005, and August 11, 2005, plaintiff was directed to provide within 30 days a certified copy of his trust fund account statement, including supporting ledger sheets for the six-month period immediately preceding the filing of the complaint. Plaintiff has not complied with those orders. On August 16, 2005, the Court received a partial filing fee of $150.00. The case can be formally filed only upon the Clerk's receipt of the entire filing fee of $250.00 or the Court's granting of leave to proceed *in forma pauperis* and the assessment of a partial filing fee, which cannot be determined without the previously requested information. Accordingly, it is this ___ day of August 2005,

ORDERED *sua sponte* that the time for plaintiff to comply with the filing fee requirement is ENLARGED. Within **thirty (30) days** from the filing date of this Order, plaintiff shall either supplement the record with the applicable ledger sheets covering the six-month period immediately preceding the filing of the complaint or pay the remainder of the $250.00 filing fee. Plaintiff's failure to do either within the time provided will result in dismissal of the case.

United States District Judge