August 5, 20005

To: Mrs. Nancy Mayer-Whittington
From: Mr. Daryl Revelle Redcross
Concerning: Docket # 1:05-CV_01325-UNA
            Case 42:1983 Prisoner Civil Rights

    This letter is in reference to filing Daryl R. Redcross' civil complaint against the Federal Government. I received the docket number in the Federal Court in the District of Columbia. I have been assigned Attorney Ricardo M. Urbina on June 29, 20005. The case is 1:05-CV-01325-UNA Case 42:1983 Prisoner Civil Rights. My filing cost is $150.00 which is enclosed. It is enclosed so that my case can go forward.

    I am thanking you in advance for processing my case. I am certain that it will be done in a timely manner. My address for response is as follows:

    Mr. Daryl Revelle Redcross  49678083
    13021 James Madison Highway
    Orange, Virginia  22960

```
THANK YOU
   CHECK TENDERED $
       150.00                    $150.00
====== T O T A L ======
         150.00
5100PL   IFP-SPEC. RECEIPT
CASE # 05-1325IFP
======NO REFUND WITHOUT RECEIPT======
DC  1-2 LETO
08/16/05           Receipt # 137297
                   10:58:23 AM
      WASHINGTON D.C.
U.S. DISTRICT COURT
```