09/7/05

Dear Mrs Whitington

Enclosed is a copy of my fund account since I've been relocated from Orange VA Central Regional Jail. As in my last letter I did send a copy of my last 6 month statement. If there is going to be a problem with my filing because of the $100.00 due please inform me as soon as possible. At this present time this FDC doesn't have orderly jobs that are available. I may be able to muster the last $100.00 from my family. It is my wishes that the 20% plan can be established so that my case can move forward in the court of law. If there is any further complications please write me at this address

Sincerely Written

Daryl Pedersen

Thank you for your professionalism

05-1325 UNA

7

# Inmate Statement

| | | | |
|---|---|---|---|
| Inmate Reg #: | 49678083 | Current Institution: | Philadelphia FDC |
| Inmate Name: | REDCROSS, DARYL | Housing Unit: | 7 NORTH |
| Report Date: | 09/07/2005 | Living Quarters: | G01-715U |
| Report Time: | 10:16:32 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| PHL | 9/2/2005 11:19:23 AM | 33323905 | | | Western Union | $180.00 | | $180.60 |
| PHL | 9/2/2005 8:56:13 AM | 35 | | | Sales | $0.00 | | $0.60 |
| PHL | 8/26/2005 8:10:17 AM | 15 | | | Sales | ($4.45) | | $0.60 |
| PHL | 8/23/2005 5:44:19 AM | 70139601 | | | Lockbox - CD | $5.05 | | $5.05 |

1

Total Transactions: 4

Totals: $180.60　$0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| PHL | $180.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $180.60 |
| Totals: | $180.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $180.60 |

9/7/2005

9/6/05

Dear Mrs Nancy Mayer Wittington

I'am writing this letter to you to respond to the last three letters you wrote to at 406 22 Ave Temple Hills MD. That is my home address when I'am not incarcerated. I am no longer in Central Virginia Regional Jail. I am now in Federal Detention Center in Phila PA. awaited my long awaited not to be seen as of yet revocation hearing. In one of your letters to me it states that you need a institutional ledger sheet covering a six month period of my account. Well Mrs Wittington I sent you a copy of a six month statement from my time I spent in Orange VA Central Regional Jail in July. I have only been here at this FDC for only two weeks going on three. This letter is to inform you that only a statement of two weeks can be sent from this facility showing my balance. I hope this does not stop my filing from moving forward. I've done everything in my power to meet the qualifications of filing a Civil law complaint. I even sent $150.00 to make sure that this filing moves forward. I thank you for taking time to re-write my hand written letter to the Honorable Judge R.M. Urbina on Aug 5, 2005. I clearly sent a statement of my account fund from Central Virginia Regional Jail Orange VA. This is why I am now baffled as to why this letter you sent says you haven't recieved one. At this present time I can't send a statement from this facility until Fri 9th of Sept 2005 I have to request of a copy from the Finance department

RECEIVED

2)

Here in FDC Phila PA. I hope that by communicating in this letter which I just recieved 6th day of Sept 2005 which as been forwarded to this address from 4106 22 Ave Temple Hills MD can have some substance in determining the factors in going forward with my filings in this case. I wrote this letter immediatly when I recieved a copy of your last letter dated Aug 29th 2005 Please continue to feel free in communicating with me direct keeping me abreast of whats going on in my filings It takes people that are good and professional at there jobs to make a difference in this Country. I personally thank you. Because you really have been a blessing

Sincerely Written

[signature]

PS. I await your respond The latest copy of this jails Fund Account will soon be in the mail   Thank you