UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DARRYL R. REDCROSS,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-1325 (RBW) |
| **BUREAU OF PRISONS,** | ) | |
| Defendant. | ) | |

**NOTICE OF ATTORNEY APPEARANCE**

The Clerk of the Court will please enter the appearance of Kathleen Konopka, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

KATHLEEN KONOPKA
Assistant United States Attorney
555 Fourth St., N.W.
Washington, DC  20530
202-616-5309

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **17nd** day of January 2006, a true and correct copy of the above *Notice of Appearance* was served by postage pre-paid mail to:

>Daryl R. Redcross
>R# 49678-083
>Philadelphia Federal Detention Center
>POB 562
>Philadelphia PA 19106
>*pro se Plaintiff*

_____
KATHLEEN KONOPKA
Assistant United States Attorney