UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DARYL REDCROSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-Civ-1325 |
| | ) | |
| BUREAU OF PRISONS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF MARTIN HILL

I, Martin Hill, hereby declare and state the following:

1.   I am an attorney for the Federal Bureau of Prisons in Washington, D.C. I have been employed as an attorney with the Office of General Counsel since August, 2001.

2.   As Assistant General Counsel, I have access to files and records maintained regarding the parole of federal inmates.

3.   A parole revocation hearing was held for plaintiff Daryl Redcross on September 26, 2005 at the Metropolitan Detention Center (MDC) in Philadelphia, Pennsylvania. At that hearing, a determination was made to revoke his parole based on his failure to submit to a drug test, use of habit forming drugs, and failure to report to his parole officer as directed.

4.   Plaintiff remained at MDC Philadelphia until November 16, 2005. He was then transferred to the Federal Correctional Institution (FCI) in Ashland, Kentucky to serve his revocation term.

5.   Plaintiff was transferred from FCI Ashland to a Community Corrections Center (Halfway House) in Washington, D.C. on December 7, 2005, and released from Bureau of Prisons custody via parole on January 5, 2006.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 10th day of February 2006 in Washington, D.C.

Martin Hill
Assistant General Counsel
Federal Bureau of Prisons