UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DARYL REDCROSS, )
)
          Plaintiff, )
)
v. ) No. 05-Civ-1325
)
BUREAU OF PRISONS, )
)
          Defendants. )
)

## SUPPLEMENTAL DECLARATION OF MARTIN HILL

I, Martin Hill, hereby declare and state the following:

1. I am an attorney for the Federal Bureau of Prisons (BOP) in Washington, D.C. I have been employed as an attorney with the Office of General Counsel since August, 2001.

2. As Assistant General Counsel, I have access to files and records maintained regarding the location of federal inmates.

3. On December 3, 2004, the United States Parole Commission issued a warrant for plaintiff Daryl Redcross. According to BOP records, the United States Marshals Service executed this warrant on September 3, 2004.

4. Plaintiff was remanded to the custody of the United States Marshals and, while in custody, he was placed in the city jail in Alexandria, Virginia from September 3, 2004, until December 22, 2004.

5. Plaintiff was then placed in the Central Virginia Regional Jail from December 22, 2004, until August 18, 2005. He filed this lawsuit while he was in the Central Virginia Regional Jail.

6. Plaintiff was then placed in BOP custody on August 18, 2005 in the Metropolitan Detention Center (MDC) in Philadelphia, Pennsylvania. A parole revocation hearing was held for plaintiff on September 26, 2005. At that hearing, a determination was made to revoke his parole based on his failure to submit to a drug test, use of habit forming drugs, and failure to report to his parole officer as directed. The time plaintiff spent incarcerated in the aforementioned facilities was credited to his sentence.

7. Plaintiff remained at MDC Philadelphia until November 16, 2005. He was then transferred to the Federal Correctional Institution in Ashland, Kentucky to serve his revocation term.

8. Plaintiff was transferred from FCI Ashland to a Community Corrections Center (Halfway House) in Washington, D.C. on December 7, 2005 and released from BOP custody via parole on January 5, 2006.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 14th day of February 2006 in Washington, D.C.

Martin Hill
Assistant General Counsel
Federal Bureau of Prisons