## WARRANT For Return Of Prisoner Released To Supervision

Name: Redcross, Daryl  
Reg. No. 49678-083

Institution: D.C. CCM  
DCDC No. 234-350

### UNITED STATES MARSHAL'S RETURN TO UNITED STATES PAROLE COMMISSION

NOTE: Do not execute this warrant if the subject is being held in custody on other federal, state or local charges, unless otherwise ordered by the Commission. (See instructions on accompanying memorandum.)

__EASTERN__ District of __VIRGINIA__ ss:

Received this writ the __3__ day of __SEPTEMBER__ 20__04__, and executed same by arresting the within-named __REDCROSS DARRYL__ this __3RD__ day of __SEPTEMBER__, 20__04__, at __13:30 HRS__ and committing him to __ALEXANDRIA CITY JAIL__

__John F. CLARK__  
*U.S. Marshal*

*Deputy Marshal*

Further executed same by committing him to _____  
at _____ on _____, 20____, the institution designated by the Attorney General, with the copy of the warrant and warrant application.

*U.S. Marshal*

*Deputy Marshal*

NOTE: The original of this warrant is to be returned to the U.S. Parole Commission, 5550 Friendship Boulevard, Chevy Chase, Maryland 20815.

### ACKNOWLEDGEMENT OF SERVICE:

I have received a copy of the warrant application dated _____

*Prisoner's Signature*    *Date*

*(If prisoner refuses to sign, Marshal should so indicate.)*

Redcross, Daryl  
Reg. No. 49678-083    DCDC No. 234-350