UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DARYL R. REDCROSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1325 (RBW) |
| | ) | |
| BUREAU OF PRISONS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On February 12, 2006, defendant filed a motion to dismiss. Because a ruling on the motion potentially could dispose of this case, the Court advised the *pro se* plaintiff of his obligations under the Federal Rules of Civil Procedure and the rules of this Court. The Court's February 13, 2006 Order notified plaintiff that, if he failed to file an opposition or other response to defendant's motion to dismiss by March 13, 2006, the Court could treat the motion as conceded. To date, plaintiff neither has filed an opposition nor requested additional time to do so.

Accordingly, it is hereby

ORDERED that defendant's motion to dismiss [Dkt. #13] is GRANTED as conceded. This civil action is DISMISSED WITHOUT PREJUDICE. This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

Date: April 3, 2006

/s/
REGGIE B. WALTON
United States District Judge